B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor -- If Individual: Last, First, Middle)<br><br>Antoin S. Rezko | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): 8972 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1250 Chestnut Avenue<br>Wilmette, IL 60091 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>RECEIVED<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>MAY 7 2008<br>KENNETH S. GARDNER, CLERK<br>PUBLIC SERVICE COUNTER |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Cook County | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 | |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                                             or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor_____Antoin Rezko_____

Case No._____

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
Semir D. Sirazi                    May 7, 2008
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Semir D. Sirazi
500 Elmwood Avenue
Wilmette, IL 60091

x _[signature]_                    May 7, 2008
Signature of Attorney              Date
Gregory J. Scandaglia
Name of Attorney Firm (If any)
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
(312) 580-2020

x _[signature]_
Signature of Petitioner or Representative (State title)
Mardini, Inc.                      May 7, 2008
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Semir D. Sirazi
500 Elmwood Avenue
Wilmette, IL 60091

x _[signature]_                    May 7, 2008
Signature of Attorney              Date
Gregory J. Scandaglia
Name of Attorney Firm (If any)
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
(312) 580-2020

x _[signature]_
Signature of Petitioner or Representative (State title)
Greenstone Capital, LLC            May 7, 2008
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Semir D. Sirazi
500 Elmwood Avenue
Wilmette, IL 60091

x _[signature]_                    May 7, 2008
Signature of Attorney              Date
Gregory J. Scandaglia
Name of Attorney Firm (If any)
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
(312) 580-2020

## PETITIONING CREDITORS

| Name & Address | Nature of Claim | Amount of Claim |
|---|---|---|
| Semir D. Sirazi<br>500 Elmwood Avenue, Wilmette, IL 60091 | Judgment, Settlement Agreement | $16,774,932.71 plus costs, fees & interest |
| Mardini, Inc.<br>500 Elmwood Avenue, Wilmette, IL 60091. | Settlement Agreement | $500,000 plus costs, fees & interest |
| Greenstone Capital, LLC<br>500 Elmwood Avenue, Wilmette, IL 60091 | Settlement Agreement | $1,200,000 plus costs, fees & interest |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 7 2008

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

**REGAS, FREZADOS & DALLAS LLP**

ATTORNEYS AT LAW

SUITE 1525

111 WEST WASHINGTON STREET

CHICAGO, ILLINOIS 60602-2709

PHONE: (312) 236-4400

FAX: (312) 236-1129

PETER G. FREZADOS*
PETER L. REGAS
WILLIAM D. DALLAS
STEVEN DALLAS
PHILIP P. DEMAERTELAERE
MARTIN S. HALL**
GREGORY R. SPELSON
FRANK KLADIS
RICHARD S. SPRINGER

*ALSO ADMITTED IN WYOMING
**ALSO ADMITTED IN OHIO

OF COUNSEL
JAMES A. REGAS
THOMAS B. SCHECK
SUZANNE REGAS

TAX COUNSEL
GUST W. DICKETT
JAMES E. DICKETT
WILLIAM A. ROMANOFF

REFER TO FILE NO.
26-4729

December 8, 2006

*Via Messenger*

Stephen T. Bobo, Esq.
Sachnoff & Weaver Ltd.
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507

Re:  Rezmar Corporation

Dear Steve:

This will confirm that Mutual Bank's rights and obligations pursuant to the loan documents in connection with the $5,000,000 loan to the above-referenced corporation are being assigned to Semir Sirazi without recourse. In that connection, we are enclosing the following documents:

1. Promissory Note dated May 17, 2006 in the amount of $5,000,000 with the signed legend for transfer and assignment to Mr. Sirazi;
2. Certificate of Resolution of Board of Directors;
3. Irrevocable Authorization and Direction;
4. Pledged Asset Account Agreement;
5. Collateral Receipt;
6. Compliance Agreement;
7. Business Purpose Affidavit;
8. Individual Guaranty of Antoin S. Rezko;
9. Individual Secured (MB Certificate of Deposit) Guaranty of Semir D. Sirazi;
10. Individual Secured (Charles Schwab & Co. account) Guaranty of Semir Sirazi;
11. Michael J. Sreenan, P.C. Opinion Letter;
12. Daspin Aument, LLP Letter.

Thank you for your cooperation. If you should need anything further, please call me.

Sincerely,

REGAS, FREZADOS & DALLAS LLP

By: _____
William D. Dallas

RF&D/WDD/el
Enclosures